*Leave to Appeal Denied March 23, 2016:*

CADWELL V CITY OF HIGHLAND PARK, No. 151919; Court of Appeals No. 318430.

DATAM MANUFACTURING, LLC V MAGNA POWERTRAIN USA, INC, No. 151989; Court of Appeals No. 325136.

PEOPLE V DARON EVANS, No. 152228; Court of Appeals No. 321909.

BERG V MUNOZ, Nos. 152250 and 152251; Court of Appeals Nos. 321162 and 321645.

MARKMAN, J. I would reverse the judgment of the Court of Appeals and reinstate the circuit court judgments granting the defendants' motions for summary disposition and for sanctions.

BERG V MUNOZ, Nos. 152253 and 152254; Court of Appeals Nos. 321162 and 321645.

MARKMAN, J. I would reverse the judgment of the Court of Appeals and reinstate the circuit court judgments granting the defendants' motions for summary disposition and for sanctions.

PEOPLE V TERRENCE HOBBS, No. 152266; Court of Appeals No. 327690.

*In re* AWG, No. 153069; Court of Appeals No. 327976.


*Leave to Appeal Denied March 25, 2016:*

JONES V SENNETT, No. 153076; Court of Appeals No. 329834.

*Summary Disposition March 29, 2016:*

PEOPLE V KENNETH ANDERSON, No. 149626; Court of Appeals No. 321055. By order of April 28, 2015, the application for leave to appeal the June 3, 2014 order of the Court of Appeals was held in abeyance pending the decision in *Montgomery v Louisiana*, cert gtd 575 US ___; 135 S Ct 1546; 191 L Ed 2d 635 (2015). On order of the Court, the case having been decided on January 25, 2016, 577 US ___; 136 S Ct 718; 193 L Ed 2d 599 (2016), the application is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we vacate the sentence of the Wayne Circuit Court for the defendant's first-degree murder conviction, and we remand this case to the trial court for resentencing on that conviction pursuant to MCL 769.25 and MCL 769.25a. See *Montgomery, supra*; *Miller v Alabama*, 567 US 460; 132 S Ct 2455; 183 L Ed 2d 407 (2012). In all other respects, leave to appeal is denied, because we are not persuaded that the remaining questions presented should be reviewed by this Court. The motion to stay the proceedings is denied. The motion to compel the prosecutor to produce exculpatory materials is denied. We do not retain jurisdiction.

PEOPLE V TROY JONES, Nos. 150488 and 150489; Court of Appeals Nos. 315582 and 315713. Pursuant to MCR 7.305(H)(1), in lieu of granting